**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MARK A. ALBERTS                                      Case Number: 06-71802
503 S. SEWARD STREET           SSN-xxx-xx-8525
WINNEBAGO, IL  61088

                                                           Case filed on:     10/3/2006
                                                           Plan Confirmed on: 3/23/2007
                        C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,121.96      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF HENRY REPAY | 2,774.00 | 2,774.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 2,500.00 | 0.00 |
| 998 | MARK A. ALBERTS | 0.00 | 0.00 | 296.28 | 0.00 |
| 999 | MARK A. ALBERTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 296.28 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 13,044.01 | 13,044.01 | 779.32 | 2,710.47 |
| 002 | CENTRAL STATES RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NORTHWEST BANK OF ROCKFORD | 992.30 | 992.30 | 289.98 | 107.04 |
| 005 | NORTHWEST BANK OF ROCKFORD | 3,844.56 | 3,844.56 | 0.00 | 0.00 |
|  | Total Secured | 17,880.87 | 17,880.87 | 1,069.30 | 2,817.51 |
| 001 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CENTRAL STATES RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DEAN FOODS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 20,654.87 | 20,654.87 | 3,865.58 | 2,817.51 |

Total Paid Claimant:     $6,683.09
Trustee Allowance:       $438.87         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan